UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Peters Building Company

Case No. 21-41356-MLO
Chapter 7
Judge: Maria L. Oxholm

Debtor(s)
_____/

### Notification of Intent to File Final Report

TO THE CLERK OF THE COURT:

This is to inform the Court that the Final Report and Account for this estate will be filed within (90) days from the date of this notice.

Dated: 07/15/2022

/s/ Douglas Ellmann
Douglas S. Ellmann, Trustee
Ellmann & Ellmann, P.C.
2075 W. Stadium Blvd., #1088
Ann Arbor, MI 48103
734.668.4800
dse@ellmannlaw.com